FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 19 PM 4:06

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ORLANDO ESPINOSA SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 305-126 |
| | ) | |
| SUSANNA MONTFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss is **GRANTED**, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**. The motion for summary judgment is **DISMISSED** as moot.

SO ORDERED this 19th day of January, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE